**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

**KIMBERLY DERRICKSON** *
**31114 Chipmans Chase Drive**
**Laurel, Delaware 19956** *

**Plaintiff,** *

**vs** * **Case No.** ____________________

**CITY OF ANNAPOLIS** *
**160 Duke of Gloucester**
**Annapolis, Maryland 21401** *

**SERVE ON:** *
**D. Michael Lyles, City Attorney**
**Office of Law** *
**160 Duke of Gloucester**
**Annapolis, Maryland 21401** *

**Defendant.** *

* * * * * * * * * * * * * *

**COMPLAINT AND DEMAND FOR JURY TRIAL**

Plaintiff, Kimberly Derrickson, by undersigned counsel, hereby files this Complaint against City of Annapolis, Defendant herein, and alleges as follows:

**I. JURISDICTION AND VENUE**

1. Plaintiff invokes the jurisdiction of this Court pursuant 28 U.S.C. § 1332.

2. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(a).

3. The amount in controversy herein exceeds the sum of $75,000.00, exclusive of interest and costs.

## II. PARTIES

4. Kimberly Derrickson ("Derrickson") is a citizen of the State of Delaware with a residence in Sussex County at 31114 Chipmans Chase Drive, Laurel, Delaware 19956.

5. City of Annapolis ("COA") is a municipal entity which owns and maintains the sidewalks and roadway located on Compromise Street near the property known as 144 Compromise Street, Annapolis, Maryland 21401. On January 15, 2025, Plaintiff's counsel provided notice of Plaintiff's claims against the City of Annapolis to the City Attorney pursuant to § 5-304 of the Local Government Tort Claims Act, codified at Md. Code Ann., Cts. & Jud. Proc. §§ 5-301, *et seq*.

## III. FACTS

6. On or about November 20, 2024, Derrickson was walking on the sidewalk alongside Compromise Street near the property known as 144 Compromise Street, Annapolis, Maryland 21401.

7. As Derrickson was proceeding down Compromise Street, she stepped onto an uneven portion of the sidewalk causing her to fall to the ground and sustain profound and painful injuries to her shoulder, arm, neck, back, and body. As a result of the injuries sustained by Derrickson, she was forced to incur substantial medical bills. As of the date of the filing of this Complaint, Derrickson is still experiencing pain and discomfort as a result

of the injuries she sustained on November 20, 2024, and may be in need of future medical care.

8. At all times prior to her fall, Derrickson maintained a proper and vigilant outlook as she proceeded down Compromise Street, and her actions in no way contributed to her fall. To the contrary, Derrickson's injuries were solely the result of the unreasonable acts and omissions of Defendant, COA.

9. Prior to this accident, COA knew or should have known that (1) the displaced piece of sidewalk which caused Derrickson to fall was in a state of major disrepair and constituted a hazardous condition; and (2) no adequate warnings were posted in order to alert pedestrians, like Derrickson, of the dangerous condition of the sidewalk.

**COUNT I**
**(Negligence)**

10. Plaintiff hereby incorporates by reference the allegations contained in paragraphs 1-9.

11. COA has a legal duty to repair and maintain the sidewalks and roadway on Compromise Street in the area where Derrickson fell. As such, COA owed a duty to Derrickson, and all invitees who were lawfully walking along the sidewalk, to (1) ensure sidewalk was free from dangerous conditions which could cause pedestrians, and all other invitees lawfully on the premises, to sustain injury; (2) maintain and repair the sidewalk in a manner suitable for

pedestrian traffic; and/or (3) warn Derrickson, and all other invitees lawfully on the premises, of the dangerous condition of the sidewalk.

12. On or about November 20, 2024, COA breached the duties of care it owed to Derrickson by failing to (1) divert her from the area of the sidewalk where she fell; (2) maintain the sidewalk in a manner that was suitable for pedestrian traffic; and/or (3) warn Derrickson, and other pedestrians lawfully on the sidewalk, of the dangerous condition of which it knew or should have known existed as of the time of Derrickson's accident.

13. As a result of COA's breaches of the duties of care owed to Derrickson, Derrickson sustained substantial damages.

WHEREFORE, Plaintiff, Kimberly Derrickson, prays that the Court enter judgment in her favor and against Defendant, City of Annapolis, for compensatory damages in excess of $75,000.00, with the exact amount to be determined at trial, plus pre-judgment interest, costs, and such other and further relief as justice may require.

Respectfully submitted,

Thomas C. Costello (Fed. Bar No. 22978)
Matthew T. Holley (Fed Bar No. 19001)
Costello Law Group
409 Washington Avenue
Suite 410
Towson, Maryland 21204
(410) 832-8800

Attorneys for Plaintiff,
Kimberly Derrickson

**JURY TRIAL DEMANDED**

Plaintiff hereby demands and requests that all claims, actions and causes of action set forth herein be tried before a jury.

Matthew T. Holley